1  ERIC D. HOUSER (SBN 130079)
2  ELIZABETH DOLAN SCOTT (SBN 241376)
   HOUSER & ALLISON, APC
3  9970 Research Drive
   Irvine, California 92618
4  Tel:   (949) 679-1111; Fax: (949) 679-1112
   Email: escott@houser-law.com
5
6  Attorneys for Defendant OCWEN LOAN SERVICING, LLC.

7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

11 | RICHARD L. DEHART,              | Case No.  **'14CV0344 JLS  RBB**
12 |         Plaintiff,              | San Diego County Case No:
13 |                                 | 37-2013-00315140-SC-SC-CTL
14 | v.                              |
   |                                 | **NOTICE OF REMOVAL OF ACTION**
15 | OCWEN MORTGAGE                  | **UNDER 28 U.S.C. §§1441(a)**
   | SERVICING, INC.; GMAC           | **[Federal Question]**
16 | MORTGAGE USA CORP               |
17 |         Defendants.             |

18
19           **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**
20
21     **PLEASE TAKE NOTICE** that Defendant OCWEN LOAN SERVICING, LLC.,
22 hereby removes to this Court the State Court action described below.
23     On December 13, 2013, an action was commenced in the Superior Court of the
24 State of California in and for the County of San Diego, entitled <u>Richard L. Dehart v.</u>
25 <u>Ocwen Loan Servicing, Inc. et al</u> A true and correct copy of the Complaint is attached
26 hereto as Exhibit "A."  Defendant received a copy of the Complaint via mail on January
27 9, 2014.
28

---
**NOTICE OF REMOVAL UNDER 28 U.S.C §1441(a)**
1

1      This is an action of which the Court has jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court by Defendant pursuant to the provisions 28 U.S.C. §1441(a) in that it arises under Fair Debt Collection Practices Act (15 U.S.C. 1692g).

Dated: February 12, 2014

HOUSER & ALLISON
A Professional Corporation

*/s/ Elizabeth D. Scott*

Eric D. Houser
Elizabeth Dolan Scott
Attorney for Defendant OCWEN LOAN SERVICING, LLC.